fnldec (09/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Shannan Dione Thomas<br>675 Stevens Road<br>York Haven, PA 17370 | Chapter 7<br>Case No. 1:10−bk−02575−MDF |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3821

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: <u>August 23, 2010</u>

BY THE COURT

*[signature: Mary D. France]*

Mary D. France
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*